PHILLIP A. TALBERT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STAES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KAITLYN CARAOTTA,<br><br>  Defendant. | Case No.: 24-cr-00080-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT**<br><br>Date: October 22, 2024<br>Time: 9:00 a.m.<br>Court: Hon. John A. Mendez |

   The United States of America, by and through Special Assistant U.S. Attorney Matthew De Moura, defendant KAITLYN CARAOTTA, by and through her counsel Johnny L. Griffin, III, hereby agree and stipulate as follow:

   1. The defendant was arraigned on an Information on July 8, 2024, and waived Indictment.

   2. Since July 8, 2024, Initial Appearance to the present date, the parties have been reviewing the discovery and communicating with one another during this time period to make sure the case continues to move forward towards resolution and/or trial.

3. The United States has additional discovery to provide the defense as the parties move towards resolution and/or trial.

4. The discovery in this case is voluminous and involves multiple jurisdictions where conduct is alleged to have occurred.

5. Counsel for the government and defense have met and conferred and the proposed change of plea date on November 19, 2024, represents the earliest and most convenient date that both counsel are available. This requested date takes into account counsels' schedules, defense counsel's commitments to other clients, defense counsel's need for preparation and further investigation into this case, and the defendant's need to prepare for a change of plea and the impacts it could have on her life.

6. As to the defendant, exclusion of time is particularly appropriate because she is not detained pending trial and this would allow counsel sufficient time to review and investigate the discovery as well as prepare for defense.

The parties further believe that time should be excluded, in that failure to grant the requested case schedule would unreasonably deny the defendant and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the foregoing facts, the parties request that the Court vacate the October 22, 2024 change of plea and reset the case for a change of plea to be held on November 19, 2024, at 9:00 a.m. The parties further agree and request that the Court exclude the time between October 22, 2024, and November 19, 2024, from the computation of time in which trial must commence under the Speedy Trial Act, pursuant to Local Code T-4. The parties agree that the interests of justice served by excluding the time between October 22, 2024, and November 19, 2024, under the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial. The parties request that the Court adopt the facts set forth herein and order time excluded from October 22, 2024, to and including November 19, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code

STIPULATION AND ORDER

PAGE 2 OF 4

T-4, to allow defense counsel to investigate and prepare for trial.  With this stipulation, 0 of 70 days have been used against the computation of time within which a trial must commence.

Dated:  October 16, 2024              PHILLIP A. TALBERT
                                                   United States Attorney

                                       By:   /s/ MATTHEW DE MOURA
                                                MATTHEW DE MOURA
                                                Special Assistant United States Attorney

Dated:  October 16, 2024              /s/ JOHNNY L. GRIFFIN, III
                                                JOHNNY L. GRIFFIN, III
                                                Counsel for Defendant
                                                Kaitlyn Caraotta

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.  The Court **VACATES** the October 22, 2024 change of plea and **RESETS** the matter for a change of plea hearing on **November 19, 2024, at 9:00 a.m.**  The Court also specifically finds that based on the facts set forth in the parties' stipulation, the failure to exclude the time between October 22, 2024, and November 19, 2024, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time from October 22, 2024, to and including November 19, 2024, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.  With this stipulation, 0 of 70 days have been used against the computation of time within which a trial must commence.

IT IS SO ORDERED.

Dated: October 16, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE