PHILLIP A. TALBERT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STAES OF AMERICA, | Case No.: 2:24-cr-00080-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |
| v. | |
| KAITLYN CARAOTTA, | |
| Defendant. | Date: November 19, 2024<br>Time: 9:00 a.m.<br>Court: Hon. John A. Mendez |

The United States of America, by and through Special Assistant U.S. Attorney Matthew De Moura, defendant KAITLYN CARAOTTA, by and through her counsel Johnny Griffin, III, hereby agree and stipulate as follow:

1. The defendant was arraigned on an Information on July 8, 2024, and waived Indictment.

2. Since July 8, 2024, Initial Appearance to the present date, the parties have been reviewing the discovery and communicating with one another during this time period to make sure the case continues to move forward towards resolution and/or trial.

3. The United States has additional discovery to provide the defense as the parties move towards resolution and/or trial.
4. The discovery in this case is voluminous and involves multiple jurisdictions where conduct is alleged to have occurred.
5. The proposed change of plea date on December 17, 2024, represents the earliest and most convenient date that all counsel are available.  This requested date takes into account counsels' schedules, defense counsels' commitments to other clients, and defense counsels' need for preparation and further investigation into this case.
6. As to the defendant, exclusion of time is particularly appropriate because she is not detained pending trial and this would allow counsel sufficient time to review and investigate the discovery as well as prepare for defense.

The parties further believe that time should be excluded, in that failure to grant the requested case schedule would unreasonably deny the defendant and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv).  Based on the foregoing facts, the parties request that the Court vacate the November 19, 2024 change of plea and reset the case for a change of plea to be held on December 17, 2024, at 9:00 a.m.  The parties further agree and request that the Court exclude the time between November 19, 2024 and December 17, 2024, from the computation of time in which trial must commence under the Speedy Trial Act, pursuant to Local Code T-4.  The parties agree that the interests of justice served by excluding the time between November 19, 2024, and December 17, 2024, under the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial.  The parties request that the Court adopt the facts set forth herein and order time excluded from November 19, 2024, to and including December 17, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local CodeT-4, to allow defense counsel to investigate and prepare for trial.  With this stipulation, 0 of 70 days have been used against the computation of time within which a trial must commence.

| | | |
|---|---|---|
| Dated: November 18, 2024 | | PHILLIP A. TALBERT<br>United States Attorney |
| | By: | /s/ MATTHEW DE MOURA<br>MATTHEW DE MOURA<br>Special Assistant United States Attorney |
| Dated: November 18, 2024 | | /s/ JOHNNY L. GRIFFIN, III<br>JOHNNY L. GRIFFIN, III<br>Counsel for Defendant<br>Kaitlyn Caraotta |

# FINDINGS AND ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court **VACATES** the November 19, 2024 change of plea and **RESETS** the matter for a **change of plea hearing** on **December 17, 2024, at 9:00 a.m.** The Court also specifically finds that based on the facts set forth in the parties' stipulation, the failure to exclude the time between November 19, 2024, and December 17, 2024, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from November 19, 2024, to and including December 17, 2024, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4. With this stipulation, 0 of 70 days have been used against the computation of time within which a trial must commence.

IT IS SO ORDERED.

Dated: November 18, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE