**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (State Bar No. 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
**KAITLYN CARAOTTA**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KAITLYN CARAOTTA<br><br>    Defendant | Case No.: 2::24-cr-00080-JAM<br><br>**STIPULATION AND ORDER TO VACATE THE SEPTEMBER 23, 2025 JUDGEMENT AND SENTENCING DATE, TO VACATE THE CURRENT PSR SCHEDULED, AND TO SET A STATUS CONFERENCE RE SENTENCING FOR DECEMBER 9, 2025 AT 9:00 A.M.**<br><br>DATE: September 23, 2025<br>TIME:  9:00 A.M.<br><br>**Hon. John A. Mendez** |

Defendant, Kaitlyn Caraotta, by and through her counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. On May 22, 2025, the judgement and sentencing hearing was reset to September 23, 2025 at 9:00 a.m., and the PSR schedule was modified. EFC No. 24.

2. On August 1, 2025, Kamaal Yusuf was arraigned on an indictment in case 2:23-cr-00241-JAM. A status conference for Mr. Yusuf's is currently scheduled for September 23, 2025 at 9:00 A.M

3. Matters in connection with Mr. Yusuf's prosecution are relevant to Ms. Caraotta's judgement and sentencing and cannot be fully briefed and presented at the currently set September 23, 2025 hearing.

4. Accordingly, the parties hereby request that the judgment and sentencing date of September 23, 2025 be **vacated**, the current PSR schedule be **vacated**, and a **status conference regarding sentencing** be **set** for **December 09, 2025, at 9:00 a.m.**

Dated: August 19, 2025    /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant Kaitlyn Caraotta

Dated: August 19, 2025    ERIC GRANT
United States Attorney

/s/ Matthew De Moura (as authorized on August 19, 2025)
MATTHEW DE MOURA
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

August 19, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE