**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (State Bar No. 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558
Email: jgriffin@johnnygriffinlaw.com

Attorneys for Defendant
**KAITLYN CARAOTTA**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:24-cr-00080-JAM |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE THE DECEMBER 09, 2025 STATUS CONFERENCE RE SENTENCING TO MARCH 10, 2026.** |
| vs. | |
| KAITLYN CARAOTTA | |
| Defendant | ) **DATE: December 09, 2025**<br>) **TIME: 9:00 A.M.**<br>) **Hon. John A. Mendez** |

Defendant, Kaitlyn Caraotta, by and through her counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. On May 22, 2025, the judgement and sentencing hearing for Ms. Caraotta was reset to September 23, 2025 at 9:00 a.m., and the PSR schedule was modified. EFC No. 24.

2. On August 1, 2025, Kamaal Yusuf was arraigned on an indictment in case 2:23-cr-00241-JAM. EFC No.10.

3. On August 20, 2025, via Stipulation and Order, the judgement and sentencing hearing for Ms. Caraotta was vacated and a status conference regarding sentencing was set for December 9, 2025. EFC No. 26.

4. On November 4, 2025, Kamaal Yusuf entered a guilty plea in case in case 2:23-cr-00241-JAM. Judgement and Sentencing in Mr. Yusuf's case is currently scheduled for February 24, 2026. EFC No. 20.

5. Matters in connection with Mr. Yusuf's prosecution and sentencing are relevant to Ms. Caraotta's judgement and sentencing and cannot be fully briefed and presented at the currently set December 9, 2025 hearing.

6. Accordingly, the parties hereby request that the December 9, 2025 status conference regarding sentencing be continued to March 10, 2025 at 9:00 a.m.

Dated:  December 1, 2025   /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant Kaitlyn Caraotta

Dated: December 1, 2025   ERIC GRANT
United States Attorney

/s/ Matthew De Moura (as authorized on December 1, 2025)
MATTHEW DE MOURA
Assistant United States Attorney

# ORDER

Based on the stipulation of the parties, the December 09, 2025 **status conference regarding sentencing** is **CONTINUED** to **March 10, 2026, at 9:00 a.m.**, in Courtroom 6, before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

Dated:  December 02, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE