**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (State Bar No. 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558
Email: jgriffin@johnnygriffinlaw.com

Attorneys for Defendant
**KAITLYN CARAOTTA**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:24-cr-00080-JAM |
| Plaintiff, | |
| vs. | **FIRST STIPULATION AND ORDER TO CONTINUE THE JULY 14, 2026 JUDGMENT AND SENTENCING HEARING TO OCTOBER 06, 2026 AT 9:00 A.M., AND MODIFY PRESENTENCE SCHEDULE** |
| KAITLYN CARAOTTA | |
| Defendant | **DATE: July 14, 2026**<br>**TIME: 9:00 A.M.** |
| | **Hon. John A. Mendez** |

Defendant, Kaitlyn Caraotta, by and through her counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. On May 22, 2025, the Judgement and Sentencing hearing for Ms. Caraotta was reset to September 23, 2025 at 9:00 a.m., and the PSR schedule was modified. EFC No. 24.

2. On August 20, 2025, via Stipulation and Order, the judgement and sentencing hearing for Ms. Caraotta was vacated and a status conference regarding sentencing was set for December 9, 2025. EFC No. 26.
3. On December 2, 2025, via Stipulation and Order, the status conference was continued to March 10, 2026. EFC No. 29.
4. On March 10, 2026, the Judgement and Sentencing hearing was set for July 14, 2026 at 9:00 a.m. EFC No. 30.
5. Counsel for Ms. Caraotta is now unavailable for the July 14, 2026 Judgement and Sentencing hearing in light of a medical procedure concerning his injured back. This procedure is scheduled with a specialist in the Bay Area and defense counsel had to schedule the procedure date based on the availability of the specialist. Further it is anticipated that the recovery period from this procedure will be no less than 60 days.
6. Accordingly, the parties hereby request that the Judgement and Sentencing hearing be continued to **October 06, 2026, at 9:00 a.m.**
7. The parties have conferred with Senior Probation Officer Julie L. Besabe and she has proposed the following Schedule of Disclosure for the PSR.

| | |
|---|---|
| Judgement and Sentencing: | October 6, 2026 |
| Reply, or Statement of Non-Opposition: | **September 29, 206** |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **September 22, 2026** |
| Final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | **September 15, 2026** |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **September 08, 2026** |

Draft Presentence Report **was disclosed** to counsel on June 02, 2026

///

///

Dated: June 17, 2026

/s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant Kaitlyn Caraotta

Dated: June 17, 2026

ERIC GRANT
United States Attorney

/s/ Charles Campbell (as authorized on June 17, 2026)
CHARLES CAMPBELL
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: July 27, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE