**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (State Bar No. 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558
Email: jgriffin@johnnygriffinlaw.com

Attorneys for Defendant
**KAITLYN CARAOTTA**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAITLYN CARAOTTA<br><br>Defendant | Case No.: 2:24-cr-00080-JAM<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE THE OCTOBER 06, 2026 JUDGEMENT AND SENTENCING TO OCTOBER 20, 2026 AT 9:00 A.M.**<br><br>**DATE: October 6, 2028**<br>**TIME: 9:00 A.M.**<br><br>**Hon. John A. Mendez** |

Defendant, Kaitlyn Caraotta, by and through her counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. On May 22, 2025, the Judgement and Sentencing hearing for Ms. Caraotta was reset to September 23, 2025 at 9:00 a.m., and the PSR schedule was modified. EFC No. 24.
2. On August 20, 2025, via Stipulation and Order, the judgement and sentencing hearing for Ms. Caraotta was vacated and a status conference regarding sentencing was set for December 9, 2025. EFC No. 26.

3. On December 2, 2025, via Stipulation and Order, the status conference was continued to March 10, 2026. EFC No. 29.
4. On March 10, 2026, the Judgement and Sentencing hearing was set for July 14, 2026 at 9:00 a.m. EFC No. 30.
5. On July 28, 2026, via Stipulation and Order, the Judgement and Sentencing hearing was set for October 6, 2026 at 9:00 a.m. EFC No. 34.
6. Defense counsel represents plaintiff Judy Wong in the federal District of Nevada (Las Vegas) civil case of Judy Wong, et al v. Venetian Casino Resort, LLC. et al, Case Number 2:22-cv- 00622-RFB-EJY.
7. On August 16, 2026, at the Calendar Call, the Las Vegas court confirmed the start of the civil jury trial for October 5, 2026. Prior to the Calander Call, the parties were unsure if the civil trial would actually commence on the October 5th because the court had previously indicated that it may have a criminal case scheduled to commence that day, and that the criminal case would take priority.
8. Now that the civil trial in the Las Vegas court has been confirmed to commence on October 5, 2026, defense counsel is unavailable for the October 6, 2026 Judgment and Sentencing date here in the Eastern District.
9. Accordingly, the parties hereby request that the **Judgement and Sentencing** hearing be continued from October 6, 2026 to **October 20, 2026 at 9:00 a.m.**
10. Additionally, the parties hereby request that the Schedule of Disclosure for the PSR **remain as previously set** forth in the July 28, 2026 order (EFC No. 34).

Dated: September 11, 2026

/s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant Kaitlyn Caraotta

Dated: September 11, 2026,

ERIC GRANT
United States Attorney

/s/ Matthew De Moura (as authorized on September 10, 2026)
Matthew De Moura
Special Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: September 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE