**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (State Bar No. 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558
Email: jgriffin@johnnygriffinlaw.com

Attorneys for Defendant
**KAITLYN CARAOTTA**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAITLYN CARAOTTA<br><br>Defendant | Case No.: 2:24-cr-00080-JAM<br><br>**<u>THIRD</u> STIPULATION AND ORDER TO CONTINUE THE OCTOBER 27, 2026 JUDGMENT AND SENTENCING TO NOVEMBER 10, 2026 AT 9:00 A.M.**<br><br>**DATE: October 27, 2028**<br>**TIME: 9:00 A.M.**<br><br>**Hon. John A. Mendez** |

Defendant, Kaitlyn Caraotta, by and through her counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. On May 22, 2025, the Judgement and Sentencing hearing for Ms. Caraotta was reset to September 23, 2025 at 9:00 a.m., and the PSR schedule was modified. EFC No. 24.
2. On August 20, 2025, via Stipulation and Order, the judgement and sentencing hearing for Ms. Caraotta was vacated and a status conference regarding sentencing was set for December 9, 2025. EFC No. 26.

3. On December 2, 2025, via Stipulation and Order, the status conference was continued to March 10, 2026. EFC No. 29.
4. On March 10, 2026, the Judgement and Sentencing hearing was set for July 14, 2026 at 9:00 a.m. EFC No. 30.
5. On July 28, 2026, via Stipulation and Order, the Judgement and Sentencing hearing was set for October 6, 2026 at 9:00 a.m. EFC No. 34.
6. On September 14, 2026, via Stipulation and Order, the Judgement and Sentencing hearing was set for October 20, 2026 at 9:00 a.m. EFC No. 36.
7. On September 29, 2026, on the Court's own motion, the October 20, 2026 Judgement and Sentencing hearing was vacated and reset to October 27, 2026, at 9:00 a.m. EFC No. 39.
8. Defense counsel is unavailable on October 27, 2026 at 9:00 a.m. in light of a court appearance that morning in the Yolo County Superior Court.
9. Accordingly, the parties hereby request that the Judgement and Sentencing hearing be continued from October 27, 2026 to November 10, 2026 at 9:00 a.m.

Dated: October 13, 2026

/s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant Kaitlyn Caraotta

Dated: October 13, 2026,

ERIC GRANT
United States Attorney

/s/ Charles Campbell (as authorized on October 9, 2026)
Charles Campbell
Assistant United States Attorney

# ORDER

Based on the third stipulation of the parties, the October 27, 2026 judgment and sentencing is **CONTINUED** to **November 10, 2026, at 9:00 a.m.**

If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 PM, seven (7) calendar days in advance of the date set for judgment and sentencing. Any response thereto shall be filed on or before 3:00 PM, five (5) calendar days in advance of the date set for judgment and sentencing.

**IT IS SO ORDERED.**

Dated: October 13, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE